JS-6

FILED
CLERK, U.S. DISTRICT COURT

12/29/2020

CENTRAL DISTRICT OF CALIFORNIA
BY: _____CW_____ DEPUTY

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

| | |
|---|---|
| BEVERLY HILLS TEDDY BEAR COMPANY, a California Corporation, | **CASE NO. 2:20-cv-02849-CJC (JEM)** |
| Plaintiff, | **[PROPOSED] FINAL JUDGMENT** |
| vs. | |
| GENNCOMM, LLC, a California Limited Liability Company; DOES 1-10, inclusive, | |
| Defendants. | |
| GENNCOMM, LLC, a California Limited Liability Company | |
| Counterclaimant, | |
| vs. | |
| BEVERLY HILLS TEDDY BEAR COMPANY, a California Corporation | |
| Counterclaim defendant. | |

**JUDGMENT**

The Court, having considered the Parties' STIPULATION FOR ENTRY OF FINAL JUDGMENT, hereby enters Judgment as follows:

BHTB's claims for declaratory relief are dismissed with prejudice.

GennComm's counterclaims for breach of contract are dismissed with prejudice.Judgment is entered for GennComm on its counterclaim for infringement.

BHTB will pay to GennComm a lump sum of $420,000 (the "Reasonable Royalty") for its infringement of GennComm's Patents through April 28, 2020, with $150,000 of that amount paid no later than January 4, 2021, another $37,500 paid no later than February 15, 2021, and the remainder paid in monthly installments of $9,300/month for 25 months on the first day of each month starting on March 1, 2021.  If either of the first two payments are late, all monthly installments shall be deemed due as of February 28, 2021.  The Reasonable Royalty agreed to by the Parties is based on representations and warranties provided by BHTB to GennComm regarding BHTB's past sales.  GennComm can seek to modify the Judgment to increase the Reasonable Royalty if an audit reveals that BHTB's past sales are higher than the amount represented by BHTB in the settlement agreement.

BHTB will pay to GennComm an on-going royalty as agreed between the Parties in their separate settlement agreement.  The royalty rate on Future Sales shall be 5% and shall be calculated and paid in the manner and with any exceptions specified in the settlement agreement.  Said royalty rate shall step down to 1% after BHTB's Future Sales have exceeded $21,200,000.  BHTB can maintain its non-exclusive license to GennComm's Patents and know-how after 2023 in exchange for a lump sum as set forth in the settlement agreement.

Upon payment of the lump sum payment, from January 2024 and thereafter, BHTB shall be free to develop and sell the SQUEEZAMALS product line, and any other memory foam in plush product line, without any obligation whatsoever to GennComm, subject to BHTB honoring the settlement agreement's packaging restrictions in Paragraphs 7 and 9.

Each side to bear its own fees and costs.

This Court shall retain jurisdiction of this matter for the purpose of enabling the Parties to apply to the Court at any time for such further orders and directives as may be necessary or appropriate for the interpretation or modification of this Order or for the enforcement of compliance therewith.

IT IS SO ORDERED.

DATED: December 29, 2020

_____
HON. CORMAC J. CARNEY
UNITED STATES DISTRICT JUDGE